AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

#### Eastern District of California

FILED

AUG 08 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| STEVEN DALE JONES | ) | Case No. |
| | ) | 1: 1 8 MJ  0 0 1 3 2  EPG |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____12/26/2016_____ in the county of _____Fresno_____ in the
_____Eastern_____ District of _____California_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 2252(a)(2) | Receipt and Distribution of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit (which is incorporated by this reference).

☐ Continued on the attached sheet.

_____
*Complainant's signature*

India R. Jones, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  8-7-18

_____
*Judge's signature*

City and state:  Fresno, California

Hon. Erica P. Grosjean - U.S. Magistrate Judge
*Printed name and title*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AGAINST STEVEN DALE JONES

I, India Jones, being duly sworn, hereby depose and state as follows:

1. I have been employed as a special agent of the Federal Bureau of Investigation (FBI) since April 2011, and I am currently assigned to the Sacramento Division, Fresno Resident Agency. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. I am currently assigned to a child exploitation task force, wherein my duties and responsibilities include investigating criminal violations relating to the sexual exploitation of children (SEOC). I have investigated SEOC violations since 2012 and have gained expertise in these types of investigations through training at the FBI Academy, as well as the National Crimes Against Children Conference, while employed with Child Protective Services in Texas, and everyday work relating to these types of investigations. In addition, I have received specialized training in the investigation and enforcement of federal

1

child pornography laws in which computers are used as the means for producing, transmitting, collecting and storing child pornography. To advance my knowledge and experience in these types of investigations, I attended a one-week training specializing in investigations involving the use of peer-to-peer software.

2. This affidavit supports a criminal complaint against Steven Dale Jones for violating the following federal statute:

a.) 18 U.S.C. § 2252(a)(2), which makes it a crime to knowingly receive or distribute any visual depiction using any means or facility of interstate or foreign commerce or that has been mailed, shipped, or transported in interstate or foreign commerce, or which contains materials which have been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer if the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct and the depiction is of such conduct.

3. The information contained in this affidavit is based upon my personal observations, training and experience, and where noted, information related to me by other law enforcement officers and/or agents.

4.    On January 12, 2017, the FBI, Fresno Resident

Agency, received a lead from the FBI, Louisville, Kentucky

office advising that on December 26, 2016, an undercover

FBI agent was operating software capable of receiving files

from the BitTorrent network. The undercover agent

identified a computer with the Internet Protocol (IP)

address 71.195.170.47 as a potential source for files that

appeared to be related to the distribution of child

pornography. IP address 71.195.170.47 had been previously

associated with files of interest by investigators

conducting keyword searches or info-hash value searches,

over the BitTorrent network, for files related to known

child pornography images/videos.

5.    On December 26, 2016, at 1259 Eastern Standard

Time (GMT-5), the undercover agent successfully completed a

download of approximately 773 files that the computer at IP

address 71.195.170.47 was making available.

6.    A query on the IP address 71.195.170.47 was

conducted through a Registry for Internet Protocol Numbers.

The undercover agent received information that the IP

address was registered to Comcast Cable Communications.

7.    On January 3, 2016, a subpoena was sent to

Comcast for subscriber information regarding IP address

71.195.170.47 accessed/utilized on December 26, 2016, at

3

1259 Eastern Standard Time (GMT-5). A response was received

on the same day indicating the subscriber was Alyssa

Calanoc, 455 E. Nees Avenue, apartment 144, Fresno,

California 93720, telephone number 831-297-2214.

8.    On January 12, 2017, I conducted a query on

Facebook utilizing telephone number 831-297-2214 and

identified a Facebook account operating under the profile

name "Alyssa Clariane."

9.    On January 23, 2017, I contacted the apartment

manager at Fort Washington II, located, whom I believed to

be the manager of the apartment in which Alyssa Calanoc was

residing. The apartment manager confirmed that Alyssa

Calanoc, along with Steven Jones, and Steven's son, were

residing in apartment 144.

10.    On January 23, 2017, I reviewed the CD-R provided

by the Louisville, Kentucky FBI Division, which contained

the child pornography files that had been downloaded from

Steven Jones. As one example, there is an image that

depicts a nude, white pre-pubescent female, approximately 4

to 7 years of age, utilizing both of her hands to stimulate

a white adult male's erect penis. I subsequently sent

these images to the National Center for Missing and

Exploited Children (NCMEC) for comparison to the Child

Recognition and Identification System (CRIS) in January

4

2017 to be reviewed by analysts for identification of child victims/series. Those results were received on March 17, 2017 and identified 265 known child pornography images and 59 known series. These "known" images have previously been encountered by law enforcement in other investigations, and the identity of the victims has been confirmed.  Several of the series of images identified by NCMEC were produced outside the state of California.  There are more images of suspected child pornography, and the numbers in this paragraph only relate to images that have the identity of confirmed victims.

    11.  On January 24, 2017, I identified a Facebook page for Steven Jones, which contained a profile photo of Steven Jones and his son. The adult male in this photo matched the driver's license image obtained for Steven Jones. Publicly available on the page was that he listed himself as being in a relationship with Alyssa Clariane.

    12.  On April 13, 2017, Agents and Task Force Officers (TFOs) with the FBI, Fresno Resident Agency, executed a search warrant at 455 E. Nees Avenue, apartment 144, Fresno, California. Upon entering the residence, agents identified an open safe containing multiple hand guns and longs guns, one of which was loaded. In addition, a grenade was located on top of the safe. As such, the FBI contacted

the California Department of Justice, Bureau of Firearms,

in order to assess potential weapons violations.

Additionally, the Fresno Police Department Bomb Squad

assisted in removing the hand grenade from the scene for

further evaluation. Several items were seized from the

residence as a part of the search warrant execution.

13. On April 13, 2017, while agents searched for

evidence, Special Agent Joshua Ratzlaff and I interviewed

subject Steven Jones. During that interview he confirmed

that he utilized peer-to-peer software, specifically

qBitTorrent, to download files. He stated he had been

using this particular program for a couple of years and

began viewing child pornography approximately 6 years ago.

He confirmed that he is interested in what is known as "JB"

or jailbate, meaning juveniles 16 years of age or high

school age. Jones further admitted to masturbating while

viewing child pornography. Jones was asked about the young

girls, approximately 1 year to 9-10 years of age, that were

identified in the downloads that OCE-6565 received from

him. He indicated that age range is not his preference and

was likely downloaded as a part of a torrent. Jones's

favorite child pornography is LS Models and he prefers

petite girls. LS Models is a known child pornography

website that used a modeling agency as its front. Some of

6

the girls on this website were believed to be between the ages of 8 and 16 years old. Jones, who is a consultant for Fresno County, heads the software development team and understands how peer-to-peer software functions.

14. Jones utilized Tor to seek out child pornography. He had been utilizing Tor for a couple of years. Tor, also known as The Onion Router, is free software utilized for enabling anonymity. Tor directs internet traffic through a free, worldwide, volunteer overlay network consisting of more than seven thousand relays to conceal a user's location and usage from anyone conducting network surveillance or traffic analysis. Furthermore, Jones indicated that in order to search for child pornography on Tor, he utilized a Tor URL link known as "Topic Links 2.0" which would then re-route him to other child pornography links.

15. On April 19, 2017, Special Agent Jaime Magallon began forensic examinations of several devices seized by the FBI. I reviewed those results and identified approximately 35,000 images of suspected child pornography and approximately 43,700 images of suspected child erotica images. Child erotica images often depict minors in sexually suggestive poses or conduct but do not necessarily show nudity or sexually explicit conduct or activity. No

7

videos of child pornography or child erotica were identified.

16.  In August 2017, the identified child pornography and child erotica images obtained through the forensic examinations were submitted to NCMEC for review by analysts for identification of child victims/series. The results were received on November 9, 2017. 1,757 known child pornography images were identified and 37 known series were identified.  As mentioned above, these "known" images have previously been encountered by law enforcement in other investigations, and the identity of the victims has been confirmed.  Several of the series of images identified by NCMEC were produced outside the state of California.  There are more images of suspected child pornography, and the numbers in this paragraph only relate to images that have the identity of confirmed victims.

17.  On the basis of the information contained in this affidavit, it is my belief that there is probable cause to conclude that Steven D. Jones has committed violations of 18 U.S.C. § 2252(a)(2).

18. Because this affidavit is written solely for the purpose of establishing probable cause for issuance of a criminal complaint, not every fact related to this investigation has been included.

I declare under penalty of perjury under the laws of the
United States that the information above in paragraphs 1-18
is true and correct.


India Jones, Special Agent
Federal Bureau of Investigation


Sworn to before me, and subscribed in my presence,
This____7____day of August 2018.


Honorable Erica P. Grosjean
United States Magistrate Judge

9